**FILED**

04/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0643

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0643

SEBASTIAN ALEXANDER KEITEL,

     Respondent and Appellant,

v.

AVANLEE CHRISTINE OKRAGLY,

     Petitioner and Appellee.

## ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE REPLY BRIEF

The Respondent/Appellant's *Unopposed Motion for Extension of Time to File Appellate Reply Brief* having been reviewed, and good cause appearing.

**IT IS HEREBY ORDERED:**

Respondent/Appellant's *Unopposed Motion for Extension of Time to File Appellate Reply Brief* is **GRANTED.** Respondent/Appellant's reply brief shall be filed by Monday, April 22, 2024.

No further extensions will be granted.

Cc:    Caitlin Pabst, Joseph Raffiani

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 9 2024